UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

JENNIFER KRAMER
    Plaintiff

 -vs-                                                            Case No. 07-10107
                                                                      Hon. Paul D. Borman
                                                                      **DEMAND FOR JURY TRIAL**

TUBBS BROTHERS, INC.,

    Defendant

## PROTECTIVE ORDER COVERING PLAINTIFF'S CONSUMER REPORTS AND PRIVATE FINANCIAL INFORMATION

The Court enters this protective order governing production of Plaintiff's private financial data and consumer reports (which are protected under 15 U.S.C. § 1681b from disclosure). This Order provides the parties with a permissible purpose under 15 U.S.C. § 1681b(a)(1) to obtain such reports under subpoena.

**1.**     **Production of Consumer Reports and Private Financial Information.**

Having entered this Order, Plaintiff shall provide copies of all consumer reports within her possession, marked as "Confidential." Any copies of Plaintiff's consumer report received or produced by any party to this matter shall be stamped as "Confidential" and will be subject to the restrictions in this protective order. Any party may request or subpoena copies of Plaintiff's consumer reports from third parties without prejudice to Plaintiff's right to move to quash those requests or subpoenas. However, upon receipt of such consumer report the party receipt that consumer report shall promptly stamp the document as "Confidential" and treat the document as being subject to the requirements of this protective order. Further, Plaintiff may designate and production response, response to interrogatory, or deposition testimony containing her private financial information as "Confidential".

*By this Order, the Court Grants each of the parties stipulating to this Order with a Permissible Purpose under 15 U.S.C. § 1681b(a)(1). Any subpoena issued for any copies of Plaintiff's consumer report shall include a copy of this order. Any party receiving such a subpoena shall provide Plaintiff's consumer reports as requested in that subpoena.*

**2.     Protection of Confidential Material.**

Any material designated as "Confidential"(including those obtained from third parties) or information contained therein shall be protected as "Confidential" under the terms of this Order until such time as 1) the documents are submitted to the Court in connection with a dispositive motion, or 2) the documents are submitted at trial of this matter.

If information any information which is protected as "Confidential" is submitted in connection with a dispositive motion or at trial pursuant to this Order, the information ceases to be protected as "Confidential", but any party may move to seal the Court's record and proceedings under the applicable law.

Any information which is protected as "Confidential" may not be used outside this case and may only be used in this litigation. Information protected as "Confidential" may only be disclosed to

   a.   Other attorneys appearing in this case.
   b.   Staff, office personnel, consulting attorneys, experts, and consulting experts. associated with the attorneys appearing in this case.
   c.   Witnesses.
   d.   Deponents.

All consumer reports obtained in discovery shall be returned to Plaintiff within 30 days of the conclusion of this case excepting those which cease to be treated as "Confidential" under the

terms of this order or any later modification of that order.

3. **Use of Confidential Materials in Non-Dispositive Motions or Filings**

Any motion or other filing containing Plaintiff's consumer reports relating to a non-dispositive motion must be filed under seal with the clerk of the court.

4. **Order Binding on Signatories**

The parties signing this order are bound to its terms. Those parties to the case who have not signed may not receive copies of confidential information pursuant to this order. Nor shall copies of such copies be provided to them by any other party until further order of this Court.

In the event that less than all of the parties stipulate to entry of this Order, Plaintiff shall within 14 days of entry of this order, file a motion seeking the court's approval of this Order as binding upon all parties.

**SO ORDERED**

                                                s/Paul D. Borman
                                                PAUL D. BORMAN
                                                UNITED STATES DISTRICT JUDGE

Dated: June 8, 2007

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 8, 2007.

                                                s/Denise Goodine
                                                Case Manager

Stipulated To By:


| | |
|---|---|
| s/ Ian B. Lyngklip (P47173) | s/ by consent  Eric R. Bowden (P-63118) |
| Attorney For Jennifer Kramer | Colombo & Colombo, P.C. |
| 24500 Northwestern Highway, Ste. 206 | Attorney For Tubbs Brothers, Inc. |
| Southfield, Ian B. Lyngklip 48075 | 40701 Woodward Ave., Ste. 50 |
| (248) 746-3790 | P.O. Box 2028 |
| ILyngklip@Pop.Net | Bloomfield Hills, MI  48303 |
| | (248) 645-9300 |